THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH SOMME, Appellant.

*People* v. *Somme*, 120 App. Div. 20, affirmed.
(Argued December 2, 1907; decided December 17, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 8, 1907, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the crime of unlawfully assuming the title of doctor of medicine in violation of section 153 of the Public Health Law.

*Robert C. Beyer* for appellant.

*William Travers Jerome, District Attorney (Robert S. Johnstone* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

MARCUS D. GAGE, Respondent, *v.* OTTO L. BLOOMQUIST et al., Appellants.

*Gage* v. *Bloomquist*, 113 App. Div. 890, affirmed.
(Argued December 2, 1907; decided December 17, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 19, 1906, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for personal injuries alleged to have been caused by defendants' negligence.

*Arthur C. Wade, James L. Weeks* and *Arthur W. Kettle* for appellants.

*Thomas H. Dowd* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.